# MOTION DOCKET

**91–1760 and 91–2247.** State ex rel. Donaldson v. Alfred. In Mandamus. On request for oral argument. Request granted.

**92–105.** Arnold v. Cleveland. *Cuyahoga County*, No. 59260. On motion for leave to file *amicus* of Hangun Control Federation of Ohio, Inc. et al. Motion granted.

**92–863.** Greene v. Univ. Hosp. of Cleveland. *Cuyahoga County*, No. 59899. On motion for leave to amend memorandum in opposition, and in support of cross-appeal. Motion granted.

**92–901.** State ex rel. Kuczak v. Saffold. In Mandamus. On motion to dismiss. Motion overruled and alternative writ granted.

RESNICK, J., would deny the writ.

**92–1035.** Hughes v. State. *Franklin County*, Nos. 91AP–1167 and 91AP–1168. On motion for leave to file *amicus* of Ohio Public Defender. Motion granted.

**92–1199.** MCI Telecommunications Corp. v. Limbach. Board of Tax Appeals, No. 88–G–1137. On motion for leave to exceed page limit. Motion granted.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

On motion for leave to file *amicus* of North Royalton. Motion granted.

**92–1238.** Lincoln Elec. Co. v. Limbach. Board of Tax Appeals, No. 88–E–651. On request for oral argument before full court. Request granted.

**92–1244.** In re Miamisburg Train Derailment Litigation. *Montgomery County*, No. 12590. On motion for leave to proceed *pro hac vice*. Motion granted.

**92–1453.** CCH Computax, Inc. v. Limbach. Board of Tax Appeals, No. 88–D–566. On request for oral argument before full court. Request denied.

**92–2014.** State v. Marcum. *Butler County*, Nos. CA91–05–0081 and CA91–04–0068. On motion to clarify court order. Motion denied.

**92–2161.** Disciplinary Counsel v. Columbro. On motion for leave to withdraw as counsel. Motion granted and extension granted to appoint new counsel.

**92–2179.** State ex rel. Manson v. Morris. In Mandamus. On motion for leave to file answer instanter and on answer of respondent. *Sua sponte*, alternative writ granted.

WRIGHT and RESNICK, JJ., would dismiss the cause.

**92–2312.** State v. Chester. *Cuyahoga County*, No. 59008. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., A.W. SWEENEY and DOUGLAS, JJ., dissent.

**92–2326.** Ohio Council 8, AFSCME, AFL–CIO v. Summit Cty. Child Support Enforcement Agency. *Franklin County*, No. 92AP–304. On motions for leave to file notice of cross-appeal and memorandum in support of cross-appeal instanter. Motions granted.

**92–2341.** State v. Davenport. *Richland County*, No. CA–2851. On motion for leave to exceed page limit. Motion denied.

DOUGLAS, J., dissents.

**92–2352.** State v. Evers. *Clermont County*, No. CA92–02–023. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**92–2370.** Broz v. Winland. *Lake County*, No. 91–L–173. On motion for leave to file *amicus* of Dominick, Admr. Motion granted.

**92–2396.** Sanders v. Cincinnati Ins. Co. *Montgomery County*, No. CA 13300. On motion to consolidate with 92–34 and 92–277, *Hower v. Motorists Mut. Ins. Co.* (1992), 65 Ohio St.3d 442, 605 N.E.2d 15. Motion denied; extension of time granted.

RESNICK and F.E. SWEENEY, JJ., dissent.